# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

TERRELL WRIGHT

CASE NUMBER: 8:03-cr-343-T-30MSS
USM NUMBER: 41331-018

Defendant's Attorney: James W. Smith, III, pda.

Date of Previous Judgment: February 26, 2004
(Use Date of Last Amended Judgment if Applicable)

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151__ months is **reduced to** __121__ months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __31__          Amended Offense Level: __29__
Criminal History Category: __IV__       Criminal History Category: __IV__
Previous Guideline Range: __151__ to __188__ months   Amended Guideline Range: __121__ to __151__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range application to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __February 26, 2004__ shall remain in effect.

IT IS SO ORDERED.

Order Date: 6 May 2008

Effective Date: _____
(if different from order date)

Judge's signature
JAMES S. MOODY, JR., United States District Judge
Printed name and title